IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CRIMINAL NO. 7:07-CR-37-D
CIVIL NO. 7:10-CV-191-D

| | |
|---|---|
| RANDY J. LINNIMAN,<br>      Petitioner, | )<br>)<br>) |
| vs. | )    O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>      Respondent. | )<br>)<br>) |

The papers filed by the petitioner in this case are hereby returned to petitioner for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(XX) The pleading entitled "Addendum to Motion under 28 U.S.C. 2255" did not have an original signature.

( ) The pleading was not on 8 1/2" by 11" paper. All pleadings submitted must be on standard letter size paper.

( ) The pleading did not contain a case name and number. In order to be able to quickly and accurately process pleadings, they must provide the case name and the case number assigned to the action by the Clerk's Office.

( ) Other:

For the foregoing reasons, these papers are being returned. The petitioner has the right to re-submit these papers upon compliance with the Federal Rules of Civil Procedure and the local rules of this court.

So ordered this 31st day of October, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE