IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-37-D
No. 7:10-CV-191-D

| RANDY J. LINNIMAN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

After reviewing the claims presented in the habeas petition in light of the applicable standard, the court determines that reasonable jurists would not find the court's treatment of any of Randy J. Linniman's claims debatable or wrong, and none of the issues are adequate to deserve encouragement to proceed further. Accordingly, the court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c).

SO ORDERED. This _8_ day of February 2012.

JAMES C. DEVER III
Chief United States District Judge